UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TED CORGAN AND
JENNIFER CORGAN
    Plaintiffs,

No. 1:09-cv-939

-v-

HONORABLE PAUL L. MALONEY

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. AND
DECISION ONE MORTGAGE COMPANY, LLC,
    Defendants.

## ORDER

Defendant Mortgage Electronic Registration Systems removed this action from state court, invoking this court's diversity jurisdiction. The notice of removal failed to allege sufficient facts to determine whether the parties were citizens of different states. On October 20, 2009, this court issued a show cause order requiring Defendant to establish facts necessary to meet the diversity requirement. On November 12, 2009, Defendant filed its answer to the order. The court is satisfied that diversity of citizenship exists. *See* 28 U.S.C. § 1332(a). Neither Defendant, nor their members, are citizens of Michigan. Plaintiffs alleged in their complaint that they reside in Michigan. No questions have been raised about the amount in controversy.

Having established the basis for the court's diversity jurisdiction, the show cause order (Dkt. No. 7) is **DISMISSED. IT IS SO ORDERED.**

Date:  December 9, 2009                                  /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            Chief United States District Judge